David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorney for Plaintiff*
*JAMES E. MOYER*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAMES E. MOYER, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A.; EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | Case No. 2:17-cv-02562-GMN-CWH <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO BANK OF AMERICA, N.A. ONLY** |

      Plaintiff JAMES E. MOYER and Defendant BANK OF AMERICA, N.A. hereby stipulate and agree that the above-entitled action shall be dismissed with

…

…

…

…

…

prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, BANK OF AMERICA, N.A.**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: December 28, 2017

By:

*/s/David H. Krieger, Esq.*
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123

*Attorney for Plaintiff*
JAMES E. MOYER

By:

*/s/ Rex D. Garner, Esq.*
Rex D. Garner, Esq.
Akerman LLP
1635 Village Center Circle
Suite 200
Las Vegas, NV 89134


*Attorney for Defendant*
BANK OF AMERICA, N.A.

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: __January 4, 2018_____