David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorney for Plaintiff,*
*JAMES E. MOYER*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAMES E. MOYER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.;<br>EQUIFAX INFORMATION<br>SERVICES, LLC,<br><br>　　　　　Defendants. | Case No. 2:17-cv-02562-GMN-CWH<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC** |

Plaintiff JAMES E. MOYER and Defendant EQUIFAX INFORMATION SERVICES, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…

…

…

…

with Fed. R. Civ. P. 41 (a)(2) as to, **EQUIFAX INFORMATION SERVICES, LLC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: April 25, 2018

| By: | By: |
|---|---|
| <u>*/s/David H. Krieger, Esq.*</u> | <u>*/s/Bradley T. Austin, Esq.*</u> |
| David H. Krieger, Esq. | Bradley T. Austin, Esq. |
| Nevada Bar No. 9086 | Snell & Wilmer, LLP |
| HAINES & KRIEGER, LLC | 3883 Howard Hughes Parkway |
| 8985 S. Eastern Avenue | Suite 1100 |
| Suite 350 | Las Vegas, NV 89169 |
| Henderson, Nevada 89123 | baustin@swlaw.com |
| | |
| *Attorney for Plaintiff,* | *Attorney for Defendant,* |
| JAMES E. MOYER | EQUIFAX INFORMATION SERVICES, LLC |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED this \_\_4\_\_ day of May, 2018.